James L. Emerick, Appellant, v. John L. Keeshin, Consolidated Warehousing Corporation, and Truck-Rail Terminals, Inc., Appellees.

Gen. No. 46,573. 

First District, First Division.

December 13, 1954.

Released for publication March 7, 1955.

 William J. Sheridan, Jr., for appellant; Charles A. Sheridan, of counsel; Norman H. Nachman, for appellees; Louis W. Levit, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**